JEAN GROTSKY, Respondent, v. EDWARD I. GROTSKY, Appellant.— Order modified by reducing the amount of alimony to be paid to plaintiff to the sum of $125 per week, and the amount of counsel fee to the sum of $500, and as so modified

* Appeal dismissed, 250 N. Y. 620.

affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.